UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SANDRA YAN,

       Plaintiff,

v.

KPH HEALTHCARE SERVICES, INC.,
d/b/a KINNEY DRUGS, STORE #100, and
WILLIAM GOWER, Individually and as an
employee of KPH HEALTHCARE SERVICES,
INC.,

       Defendants.

Civil Action No.: 5:16-CV-0308
(GTS/ATB)

---

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action and any related counterclaims be, and the same hereby are discontinued, with prejudice, without costs to the undersigned parties as against the other. The parties further agree that the signature pages of this document may be executed in counterparts, which together will constitute the complete document. This Stipulation may be filed without further notice with the Clerk of the Court.

DATED: March 10, 2017

_____
Jacob P. McNamara, Esq.
SCHLATHER, STUMBAR, PARKS & STALK, LLP
*Attorneys for Plaintiff*
*Sandra Yan*
200 East Buffalo Street
P.O. Box 353
Ithaca, New York 14851-0353

DATED: March 10, 2017

_____
William Gower – Pro se
*DEFENDANT*
21 Grove Street
Homer, New York 13077

IT IS SO ORDERED:

_____
Andrew T. Baxter
U.S. Magistrate Judge

Dated: March 13, 2017
    Syracuse, NY

{H2987100.1}